NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA L. GIPSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2013-3157

---

Petition for review of the Merit Systems Protection Board in No. AT0752120418-I-2.

---

**ON MOTION**

---

**O R D E R**

Barbara L. Gipson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GIPSON V. TREASURY                                              2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21